March 17, 2025

<u>**Via ECF**</u>
The Honorable Jennifer L. Rochon
United States District Judge
500 Pearl Street
New York, NY 10007

      Re:      *Sumlin v. Dream Projects LLC*, Case No. 1:25-cv-01591 (JLR)
                  **Joint Letter Motion to Extend Time to Respond to Complaint**

Dear Judge Rochon:

      We write jointly on behalf of Plaintiff Dennis Sumlin ("Plaintiff" or "Sumlin") and Defendant Dream Projects LLC ("Defendant" or "Dream Projects," and collectively with Plaintiff, "the Parties").

      The Parties bring this Joint Letter Motion to request a 30-day extension of time to answer or otherwise respond to the Complaint so that the Parties may attempt to negotiate a potential resolution of this matter.

      The current due date for Defendant's response is **March 21, 2025**, and the Parties seek an extension of time to and including **April 21, 2025** to answer or otherwise respond to the Complaint. This is the Parties' first request for an extension of time and both Parties consent to the extension of time requested.

                                              Respectfully submitted,

| | |
|---|---|
| */s/ Michael H. Cohen* | */s/ Jordan M. Zim* |
| Michael H. Cohen, Esq. | Jordan M. Zim, Esq. (*pro hac vice* forthcoming) |
| **Equal Access Law Group, PLLC** | **Zim Law, P.C.** |
| 68-29 Main Street | 467 Arnaz Drive, #214 |
| Flushing, NY 11367 | Los Angeles, CA 90048 |
| Tel: (917) 437-3737 | Tel: (310) 880-3244 |
| Email: mcohen@ealg.law | Email: jzim@zim.law |
| *Counsel for Plaintiff Dennis Sumlin* | *Counsel for Defendant Dream Projects LLC* |