The requested extension is GRANTED.  The deadline for
Defendant to answer or otherwise respond to the Complaint shall
be **April 21, 2025**.

March 17, 2025

Date:   March 17, 2025
        New York, New York

**SO ORDERED.**

*Jennifer Rochon*

**JENNIFER L. ROCHON**
**United States District Judge**

<u>V**IA** ECF</u>

The Honorable Jennifer L. Rochon
United States District Judge
500 Pearl Street
New York, NY 10007

Re:     ***Sumlin v. Dream Projects LLC***, Case No. 1:25-cv-01591 (JLR)
        **Joint Letter Motion to Extend Time to Respond to Complaint**

Dear Judge Rochon:

We write jointly on behalf of Plaintiff Dennis Sumlin ("Plaintiff" or "Sumlin") and Defendant Dream Projects LLC ("Defendant" or "Dream Projects," and collectively with Plaintiff, "the Parties").

The Parties bring this Joint Letter Motion to request a 30-day extension of time to answer or otherwise respond to the Complaint so that the Parties may attempt to negotiate a potential resolution of this matter.

The current due date for Defendant's response is **March 21, 2025**, and the Parties seek an extension of time to and including **April 21, 2025** to answer or otherwise respond to the Complaint.  This is the Parties' first request for an extension of time and both Parties consent to the extension of time requested.

Respectfully submitted,

*/s/ Michael H. Cohen*
Michael H. Cohen, Esq.
**Equal Access Law Group, PLLC**
68-29 Main Street
Flushing, NY 11367
Tel: (917) 437-3737
Email: mcohen@ealg.law
*Counsel for Plaintiff Dennis Sumlin*

*/s/ Jordan M. Zim*
Jordan M. Zim, Esq. (*pro hac vice* forthcoming)
**Z**IM **L**AW**, P.C.**
467 Arnaz Drive, #214
Los Angeles, CA 90048
Tel: (310) 880-3244
Email: jzim@zim.law
*Counsel for Defendant Dream Projects LLC*