

68-29 Main Street,

Flushing, New York 11367

Tel.: +1 (917) 437-3737

Email: mcohen@ealg.law

**VIA ECF**
Hon. Jennifer L. Rochon
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

April 11, 2025

RE: **Sumlin v. Dream Projects, LLC. DOCKET NO. 1:25-cv-1591**

Dear Judge Rochon:

The undersigned represents Dennis Sumlin, the plaintiff in the above-referenced matter. I write to advise the Court that this case has been settled in principle. The parties are currently in the process of finalizing settlement terms and conditions and we anticipate filing a Stipulation of Dismissal with Prejudice within the next forty-five (45) days. As such, the undersigned respectfully requests that the Court adjourn all deadlines sine die, and allow the parties forty-five (45) days to finalize settlement. Thank you for your time and consideration on this matter.

Respectfully,

EQUAL ACCESS LAW GROUP, PLLC
*Attorneys for Plaintiff*

/s/ *Michael H. Cohen*

By: Michael H. Cohen, Esq.
    68-29 Main Street,
    Flushing, NY 11367
    Tel: +1 (917) 437-3737
    Email: mcohen@ealg.law